# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of July, two thousand and sixteen.

_____

New Hamburg Terminal Corporation, Morgan Fuel and Heating Co. Inc.,

   Plaintiffs - Appellants,

v.

Town of Poughkeepsie, Town Board of the Town of Poughkeepsie,

   Defendants - Appellees.
_____

**ORDER**

Docket No. 16-1561

  Counsel for Appellants has filed a scheduling notification requesting an extended briefing deadline of September 15, 2016.

  The scheduling notification is hereby so ordered. The appeal is dismissed effective September 15, 2016 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

        For the Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court